IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TROY J. VOICHOSKIE,** | ) | **CASE NO. 4:06CV3149** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for an Extension of Time to Respond to Plaintiff's Brief. The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time (Filing No. 10) is granted;

2. The Defendant shall file her brief in response to the Plaintiff's brief on or before Wednesday, February 21, 2007.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge